UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION


**EDWARD E. GEMMILL**                                                                                          **PLAINTIFF**

**V.**                                                              **CIVIL ACTION NO.1:05CV692 LTS-RHW**

**STATE FARM FIRE AND CASUALTY COMPANY**                                                **DEFENDANT**


## MEMORANDUM OPINION and ORDER

The Court has before it the motion [27] of Defendant State Farm Fire and Casualty Company (State Farm) To Exclude the testimony of plaintiff's expert James T. Slider (Slider).  Slider is a civil engineer.  The plaintiffs have retained Slider to evaluate the weather conditions on the Coast during Hurricane Katrina and to determine whether the winds generated by the storm were sufficient to damage or destroy the plaintiff's insured property.  Slider was qualified as an expert and accepted as an expert in the field of civil engineering in the trial of *Broussard v. State Farm*, Civil Action No. 1:06cv006.

I will deny this motion without prejudice to the right of State Farm to examine Slider concerning any matters touching his qualifications as an expert witness at the time he is tendered as an expert witness.

Accordingly, it is

**ORDERED**

That the motion [27] of State Farm Fire and Casualty Company To Exclude the Testimony of James T. Slider is DENIED without prejudice to the right of the defendant to examine Slider at the time he is tendered as an expert witness in this action.

**SO ORDERED** this 9th day of February, 2007.


s/ *L. T. Senter, Jr.*
L. T. Senter, Jr.
Senior Judge